IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHRISTOPHER D. MARRIOTT and
JACQUILOU C. MARRIOTT,

     Plaintiffs,

v.

UTAH THIRD DISTRICT COURT, *et al.*,

     Defendants.

2:24-CV-162-Z

## JUDGMENT

The Court issued an Order **DISMISSING** this case. Judgment is rendered accordingly.

**SO ORDERED**.

October _7_ , 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE